1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5
   Attorneys for the United States of America
6

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
6/9/2010

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> DELMA MITCHELL, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> VU LE, <br><br> Respondent. | Case No. C-10-0373 JW <br><br><br><br> NOTICE OF DISMISSAL |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reason that Vu Le has not served an answer and has now complied with the summons.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
THOMAS MOORE
Assistant United States Attorney
Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**NOTICE OF DISMISSAL**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

| VU H. LE<br>1618 Trieste Court<br>San Jose, CA 95122 | VU H. LE<br>757 Mabury Road<br>San Jose, CA 95133 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on   **June 2, 2010**   at San Francisco, California.

/s/
**KATHY TAT**
**Legal Assistant**